# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1125

BENEFIT FUNDING SYSTEMS LLC, RETIREMENT CAPITAL

ACCESS MANAGEMENT COMPANY LLC,

                Plaintiffs-Appellants,

v.

US BANCORP,

                Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in Case No. 1:12-CV-00803, Judge Leonard P. Stark.

_____

## APPELLANTS' CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)

Appellants Benefit Funding Systems LLC and Retirement Capital Access Management Company LLC ("Appellants"), by their counsel, hereby certify that they are in compliance with Federal Circuit Rule 11(d). Counsel for Appellants has reviewed the record and determined that, at this time, any confidential portions of the record that are to be used in the appeal should remain confidential on appeal.

Dated:  January 10, 2014            */s/ Casey L. Griffith*
                                                                          Casey L. Griffith
                                                                          Texas Bar No. 24036687
                                                                          casey.griffith@kk-llp.com
                                                                          KLEMCHUK KUBASTA LLP
                                                                          8150 North Central Expwy., 10th Floor
                                                                          Dallas, Texas 75206
                                                                          Telephone:  (214) 367-6000
                                                                          Facsimile:  (214) 367-6001

                                                                          **Attorneys for Appellants**

# **CERTIFICATE OF INTEREST**

Counsel for appellant certifies the following:

1. The full name of every party or amicus represented by me is:

Benefit Funding Systems LLC & Retirement Capital Access Management Company LLC

2. The name of the real party in interest represented by me: Not Applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

KLEMCHUK KUBASTA, LLP, Casey L. Griffith, Austin S. Champion

FARNAN LLP, Brian E. Farnan, Michael J. Farnan

Dated: January 10, 2014

*/s/ Casey L. Griffith*
Casey L. Griffith
Texas Bar No. 24036687
casey.griffith@kk-llp.com
KLEMCHUK KUBASTA LLP
8150 North Central Expwy.,10th Floor
Dallas, Texas 75206
Telephone:  (214) 367-6000
Facsimile:  (214) 367-6001

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2014, I electronically filed the foregoing with the Court's CM/ECF filing system and served counsel for the Appellee via email with the Court's CM/ECF filing system.

> */s/ Casey L. Griffith*
> Casey L. Griffith
> Texas Bar No. 24036687
> casey.griffith@kk-llp.com
> KLEMCHUK KUBASTA LLP
> 8150 North Central Expwy.,10th Floor
> Dallas, Texas 75206
> Telephone:  (214) 367-6000
> Facsimile:  (214) 367-6001